

# BOND SCHOENECK & KING

1010 Franklin Avenue, Suite 200 | Garden City, NY 11530-2900 | bsk.com

**JESSICA C. MOLLER, ESQ.**
JMoller@bsk.com
P: 516.267.6332
F: 516.267.6301

June 23, 2023

**VIA ECF**

Hon. Judge Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *Joseph Allen Witherspoon v. ArchCare Community Services Inc. and Jeremy Santana*, 23-cv-03497 (DLC)

Dear Judge Cote:

We represent Defendants ArchCare Community Services and Jeremy Santana with regard to the above referenced matter, and write to respectfully request an extension of the time for the Defendants to respond to the Complaint.

The Defendants are currently due to respond to the Complaint by June 26, 2023. With the consent of Plaintiff's counsel, we respectfully request a one-week extension of that date so that Defendants' response to the Complaint would be due by July 3, 2023. This is the first request that has been made by Defendants, and if granted would not affect any other dates scheduled in this matter.

Thank you for your consideration of this request.

Respectfully submitted,

*The response is due.*
*7/5/23.*

BOND, SCHOENECK & KING, PLLC

*/s/ J. Moller*

Jessica C. Moller

*Denise Cote*
*6/26/23*

cc:  Paul Liggieri, Esq.