```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    23cv3497(DLC)
JOSEPH ALLEN WITHERSPOON,                :
                                         :         ORDER
                      Plaintiff,         :
              -v-                        :
                                         :
ARCHCARE COMMUNITY SERVICES, INC.        :
D/B/A ARCHCARE, et al.,                  :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the September 28, 2023 initial pretrial conference is rescheduled to **October 3, 2023** at **11:30am** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated:   New York, New York
         September 26, 2023

                                    _____
                                         DENISE COTE
                                    United States District Judge