

1010 Franklin Avenue, Suite 200 | Garden City, NY 11530-2900 | bsk.com

JESSICA C. MOLLER, ESQ.
JMoller@bsk.com
P: 516.267.6332
F: 516.267.6301

September 28, 2023

**VIA ECF**

Hon. Judge Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Joseph Allen Witherspoon v. ArchCare Community Services Inc. and Jeremy Santana, 23-cv-03497 (DLC)*

Dear Judge Cote:

We represent Defendants ArchCare Community Services and Jeremy Santana with regard to the above referenced matter, and write to respectfully request a brief adjournment of the Rule 16 conference.

The Rule 16 conference was initially scheduled to be conducted this afternoon, but earlier this week was rescheduled by the Court to 11:30 on October 3, 2023. Unfortunately I am not available at that time on October 3rd as I will be leading a board of directors meeting for an organization for which I am the chair of the board. With the consent of Plaintiff's counsel, we respectfully request a brief adjournment of the currently scheduled Rule 16 conference. Counsel for all parties are both available after 2:00 p.m. on October 3, 2023 or anytime on October 12, 2023 if either of those are convenient for the Court.

This is the first request for an adjournment that has been made by the parties. If granted, this request would not affect any other dates scheduled in this matter.

Thank you for your consideration of this request.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*Jessica Moller*

Jessica C. Moller

The conference is rescheduled to October 3 at 3:30pm in Courtroom 18B,
United States Courthouse, 500 Pearl Street.

9/29/2023

*Denise Cote*

cc:   Paul Liggieri, Esq. & Alban Dunisha, Esq., *Plaintiff's Counsel*

16113696.1 9/28/2023

Attorneys At Law | A Professional Limited Liability Company